**Ricky Darren SANDERS, Sr.,
Plaintiff—Appellant,**

v.

**SUMTER CITY POLICE DEPART-
MENT, care of Chief Patty Patterson;
Todd Sims, Detective; Corporal Shir-
er, City Police Sumter, Defendants—
Appellees.**

No. 08–6518.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2008.

Decided: Nov. 26, 2008.

Ricky Darren Sanders, Sr., Appellant
Pro Se. Alfred Johnston Cox, Ellis, Law-
horne & Sims, PA, Columbia, South Car-
olina, for Appellees.

Before MOTZ and GREGORY, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Ricky Darren Sanders, Sr., appeals the
district court's order accepting the recom-
mendation of the magistrate judge and
denying relief on his 42 U.S.C. § 1983
(2000) complaint. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Sanders v. Sumter
City Police Dep't.,* No. 6:06–cv–03408–
MBS, 2008 WL 906703 (D.S.C. Mar. 31,
2008). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*